UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> ENGELBERTH CONSTRUCTION, INC., <br><br> Defendant. | Case No. 1:15-cv-113 <br><br> Hon. J. Garvan Murtha |

## STIPULATION OF DISMISSAL, WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa. and defendant, Engelberth Construction, Inc. that:

1. All claims by plaintiff, National Union Fire Insurance Company of Pittsburgh, Pa., against defendant, Engelberth Construction, Inc., are dismissed, *without prejudice* and with right to refile; and,

2. All parties shall bear their own costs and attorneys' fees incurred in this action.

| Dated: November 15, 2016 | Respectfully submitted, |
|---|---|
| /s Gary R. Kupferer<br>Gary R. Kupferer<br>WEBBER, CHAPMAN & KUPFERER, LTD.<br>25 Washington Street<br>Rutland, VT 05701<br>kupferer@sover.net<br>Tel: (802) 773-9109<br><br>and<br><br>Matthew J. Fink<br>Joseph P. Lang<br>NICOLAIDES FINK THORPE<br>MICHAELIDES SULLIVAN LLP<br>10 S. Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Tel: (312) 585-1400<br>Fax: (312) 585-1501<br>mfink@nicolaidesllp.com<br>jlang@nicolaidesllp.com<br><br>***Counsel for Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa.*** | /s Mark G. Hall<br>Mark G. Hall<br>PAUL FRANK & COLLINS PC<br>1 Church Street<br>PO Box 1307<br>Burlington, VT 05402-1307<br>Tel: (802) 658-2311<br>Fax: (802) 658-0042<br>Mhall@pfclaw.com<br><br>***Counsel for Defendant Engelberth Construction, Inc.*** |

694456